**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MATERIAL WITNESS WARRANTS _____/ | No   CR 07-90552 MISC VRW (JCS)  ORDER |

The motion for release or in the alternative to compel a FRCrP 15 deposition (Doc ##37, 38) in the above-captioned case is referred to Magistrate Judge Joseph C Spero for purposes of disposition or a report and recommendation, as appropriate. See 28 USC § 636(b)(1); FRCrP 59(a).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge