UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Material Witness Warrant | Case No.: 07 90552 MISC VRW (JCS)<br><br>[PROPOSED] ORDER PERMITTING TRAVEL |

Upon Application of Material Witness Liang Xian Zheng, by and through his counsel of record, Jonathan R. Howden, and with the concurrence of the United States of America and good cause appearing,

IT IS HEREBY ORDERED THAT:

Material Witness Liang Xian Zheng may travel to the Central District of California and remain there until May 31, 2008. He shall reside at a location previously disclosed to his counsel and the government. He shall check in by telephone every other day with a person designated by his counsel to verify his location. In the event that the government requires his presence in this district before May 31, 2008, he will return to this district promptly and at government expense.

**IT IS SO ORDERED.**

Dated: 4/17/08

Magistrate Judge Joseph C. Spero
United States District Court