JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CASBN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7126 (tel)
(415) 436-7234 (fax)
Stacey.Geis@usdoj.gov
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Material Witness Warrants | Case No. 07 90552 MISC VRW (JCS)<br>CR 08-0160 JCS<br><br>REPLY TO WITNESS MAO CAI SUN'S MOTION FOR RELEASE OR, IN THE ALTERNATIVE, TO COMPEL SCHEDULING OF RULE 15 DEPOSITIONS |

1  Material Witnesses Mao Cai Sun, Shun Biao Zhao, Kong Xiang Hu and Zong Bin Li have
2  filed a motion asking to be released or, in the alternative, for Rule 15 depositions to be
3  scheduled. The United States opposes the witnesses' release at this time, but supports the
4  taking of depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure due to
5  the exceptional circumstances in this matter, and because it is in the interests of justice.
6  The witnesses are potential witnesses in *United States v. John Joseph Cota* CR 08-0106
7  JCS. Before depositions can be taken in that case, the parties need to exchange and review
8  discovery. The discovery is complex and involves a variety of paper navigation charts,
9  electronic navigation charts, radar images, and a voice recorder. The government has already
10 provided some discovery and is expeditiously providing the rest to the defendant. Based on
11 conversations with defense counsel, the government believes the earliest the
12 parties can be prepared to take deposition is May 27, 2008.

14 DATED: April 21, 2008                    Respectfully submitted,

15                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney

17          /S/
   STACEY P. GEIS
   JONATHAN SCHMIDT
18 Assistant United States Attorneys

20 RONALD J. TENPAS
   Assistant Attorney General

21          /S/
22 Richard A. Udell
   Senior Trial Attorney
   Environmental Crimes Section