DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile:  (415) 438-2655

Attorneys for Witness
MAO CAI SUN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Grand Jury Investigation of | )  Case No. 07-90552-MISC-VRW (JCS) |
| M/V COSCO BUSAN | )<br>)  **REPLY BRIEF ON MOTION FOR**<br>)  **RELEASE OF WITNESS MAO CAI SUN**<br>)  **OR, IN THE ALTERNATIVE, TO**<br>)  **COMPEL SCHEDULING OF RULE 15**<br>)  **DEPOSITION**<br>)<br>)  DATE:  May 5, 2008<br>)  TIME:  3:30 p.m.<br>)  CTRM:  A, 15th Floor |

Captain Mao Cai Sun hereby replies to the responses filed by the Government and Pilot John Cota to his Motion for Release or, in the Alternative, to Compel Scheduling of Rule 15 Depositions.  Captain Sun submits that, while both the government and defendant Cota agree to conduct Rule 15 deposition, their timeframe lacks urgency.  The deposition of Captain Sun can and should be concluded by May 31, 2008, and the Court is respectfully requested to so order.

The key fact that forms the basis for this motion, and the urgency in compelling Rule 15 depositions, is that Captain Sun and his crew mates will cease to be paid their salaries on May 31, 2008.  This key fact is not addressed in the government's response and made light of in defendant Cota's.  As noted in his moving papers, Captain Sun has a family who depends on his income for

1    their sole support.  Come June 1, Captain Sun and the other material witnesses, who will at that

2    point already have been detained in San Francisco for almost seven months, will have no means

3    of providing for their families, no income, and no continuity of employment.  They will no longer

4    be living together in an apartment and, even with receipt of their statutory material witness fees,

5    most activities other than eating and sleeping will become unaffordable.

6         On the other hand, there is no need for the material witnesses to suffer loss of income,

7    given that their depositions can and should be concluded by May 31.  While the filing of an

8    indictment with two felony false statement counts will inevitably delay the trial of defendant Cota

9    until September or October at the earliest,[1] the testimony of the material witnesses goes not to the

10   new charges but to the charges in the complaint filed on March 17, and anticipated for at least

11   weeks prior to that date.[2]  Discovery relevant to those charges should have been provided, and

12   discovery related to the new charges in the indictment should not delay the taking of Rule 15

13   depositions of Captain Sun and the other material witnesses.

14        The government submits that the discovery is "complex and involves a variety of paper

15   navigation charts, electronic navigation charts, radar images, and a voice recorder."  With all due

16   respect, such discovery has been available since last year,[3] and there is no legitimate reason why

17   the provision of discovery to the defense should delay the taking of depositions.

18        Captain Sun respectfully submits that a balancing of the competing interests in this matter

19   point decisively to the taking of Rule 15 depositions at the earliest possible time, but in no event

20   later than May 31, 2008.  Captain Sun respectfully requests that the Court order his release from

21

22   _____

23   [1]    Especially given the uncertainty of the timing of the trial of defendant Cota, yet to be scheduled, it would be unreasonable to require the material witnesses to remain here until the time of trial.

24

25   [2]    As noted in the moving papers, Rule 15 procedure specifically contemplates and allows Rule 15 depositions to be taken prior to indictment.  Captain Sun's request that his deposition be taken pursuant to Rule 15 predates the filing of his motion by many weeks, if not months.

26

27   [3]    Even the press received access to the voice date recorder transcript several weeks ago, if not earlier.  Electronic tracking charts of the vessel's course are public records and have been available since the days after the allision, almost six months ago.

28

REPLY BRIEF ON MOTION OF RELEASE OF WITNESS OR SCHEDULING OF RULE 15 DEPOSITION
Case No. 07-90552-MISC-VRW (JCS)

1    the jurisdiction of this Court on or by May 31, 2008, and order the government to pay for his

2    travel home on or before that date.

3    DATED:  April 28, 2008                                Respectfully submitted,

4                                                          SCHWARTZ & CERA LLP

5

6                                                          _____/s/_____
7                                                          DOUGLAS R. SCHWARTZ
                                                           PETRA M. REINECKE
8                                                          Attorneys for Witness
                                                           MAO CAI SUN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY BRIEF ON MOTION OF RELEASE OF WITNESS OR SCHEDULING OF RULE 15 DEPOSITION
Case No. 07-90552-MISC-VRW (JCS)