IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES**

**JUDGE** Joseph C. Spero    **COURT DEPUTY**: <u>Karen Hom</u>

**DATE**: May 5, 2008    **COURT REPORTER**: <u>Kathy Powell</u>

**CASE NO.** CR07-90552 MISC VRW (JCS)    **TIME:** 50 mins

**NAME:**    In Re: Material Witnesses Huang, Sun, Hu, Zhao, Zhen & Li

| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jonathan Schmidt | Jeff Bornstein for John Joseph Cota (Not present) (Case CR08-0160 SI) |

**COUNSEL FOR MATERIAL WITNESSES:**
**Brian Getz for Hong Zhi Huang (not present)**
**Douglas Schwartz for Mao Cai Sun (not present)**
**Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li (not present)**

**PROCEEDINGS:**                **RULING:**

1.  Material Witness Mao Cai Sun's Motion for Release, or
in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 37]

2.  Joinder by Kong Xian Hu, Shun Biao Zhao, Liang
Xian Zheng, & Zong Bin Li of Mao Cai Sun's Motion for Release,
or in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 38]

**Note:** Material witness Liang Xian Zheng did not join in the motion. Dft Cota and material witnesses' presence was waived for today's proceeding.

**ORDERED AFTER THE HEARING:**

1.  Govt shall provide to counsel for Dft Cota, by close of business on 5/6/8, a list of the discovery produced, discovery anticipated to be produced, and anticipated production schedule.

2. On 5/7/8, Dft Cota's counsel and AUSA shall meet and confer and agree on a realistic schedule to provide remaining significant discovery in this case.

3. Between now and 5/12/8, all counsel shall meet and confer to set dates for depositions of material witnesses Hu, Zhao, and Zheng with the depositions to occur the week of May 26, 2008 or the first week of June 2008.

4. AUSA shall continue negotiations to extend time to allow the material witnesses to stay beyond May 31, 2008.

5. Dft Cota and material witnesses are excused from the next appearance date.

**CASE CONTINUED TO**: May 12, 2008 at 1:30 PM for continued hearing on the Motions for Release and Status Conference (special setting).

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney   [ ]  Defendant   []  Court
cc: KLH, JCS