UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MAO CAI SUN, HONG ZHI HUANG, KONG XIANG HU, SHUN BIAO ZHAO, LIANG XIAN ZHENG AND ZHONG BIN LI<br><br>(MATERIAL WITNESSES) | Case No. CR07-90552 MISC VRW ( JCS)<br><br>**ORDER TO MEET AND CONFER AND SET FURTHER HEARING DATE** |

On May 5, 2008, a hearing was held on the Motion for Release, or, in the alternative, to Compel Scheduling of Rule 15 Depositions filed by Mao Cai Sun, and Joinder in the Motion by Kong Xian Hu, Shun Biao Zhao, and Zong Bin Li. Jonathan Schmidt, counsel for the United States was present. Jeff Bornstein, counsel for John Joseph Cota[1] ("Dft Cota"), was present. Brian Getz, counsel for material witness Hong Zhi Huang, was present. Douglas Schwartz, counsel for material witness Mao Cai Sun, was present. Jonathan Howden, counsel for material witnesses Kong Xian Hu, Shun Biao Zhao, Liang Xian Zheng[2] & Zong Bin Li, was present.

IT IS HEREBY ORDERED THAT:

1. The United States shall provide to Jeff Bornstein, counsel for Dft Cota, by the close of business on **May 6, 2008**, a list of the discovery produced, discovery anticipated to be produced, and the anticipated production schedule.

2. On **May 7, 2008**, Dft Cota's counsel and the United States shall meet and confer and agree on a realistic schedule to provide remaining discovery in this case.

3. Between now and May 12, 2008, all counsel shall meet and confer to set dates for the depositions of Kong Xian Hu, Liang Xian Zheng, and Shun Biao Zhao to occur the week of May 26, 2008 or the first week of June 2008.

---

[1] John Joseph Cota is charged in criminal case CR08-0180 SI

[2] Material witness Liang Xian Zheng did not join in the Motion.

4. A status conference and continued hearing on the Motion for Release is specially set for **May 12, 2008, at 1:30 p.m.** The personal appearances of Dft Cota and the material witnesses are excused from this hearing.

IT IS SO ORDERED.

Dated: May 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge