IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

| | |
|---|---|
| **JUDGE** Joseph C. Spero | **COURT DEPUTY**: <u>Karen Hom</u> |
| **DATE**: May 12, 2008 | **COURT REPORTER**: <u>Jim Yeomans</u> |
| **CASE NO.** CR07-90552 MISC VRW (JCS) | **TIME: 33 mins** |
| **NAME:** In Re: Material Witnesses Wang, Sun, Hu, Zhao, Zhen & Li | |
| **COUNSEL FOR GOVERNMENT:** Jonathan Schmidt | **COUNSEL FOR DEFENDANT:** Jeff Bornstein for John Joseph Cota (Not present) (Case CR08-0160 SI) |

**COUNSEL FOR MATERIAL WITNESSES:**
**Brian Getz for Hong Zhi Wang (not present)**
**Douglas Schwartz for Mao Cai Sun (not present)**
**Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li (not present)**

**PROCEEDINGS**:                                                                                      **RULING:**
1. Cont'd Hearing on Material Witness Mao Cai Sun's Motion for Release,
or in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 37]

2. Cont'd Hearing on Joinder Motion by Kong Xian Hu, Shun Biao Zhao,
Liang Xian Zheng, & Zong Bin Li of Mao Cai Sun's Motion for Release,
or in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 38]

**ORDERED AFTER THE HEARING:**

1. Parties shall submit a stipulation with a schedule for the Rule 15 depositions as to material witnesses Hu, Zhao and Zheng for the last week of May through the first week of June.

2. Gov't to report on 5/19/8 the progress in finalizing support for the material witnesses through September.

3. By 5/19/8 the parties shall negotiate a schedule for satisfaction of remaining discovery and other events to take place before the depositions of the remaining material witnesses.

4. Appearances of the material witnesses, Jonathan Howden, and Dft John Cota are excused from the next hearing date.

**CASE CONTINUED TO**: May 19, 2008 at 1:30 PM for continued hearing on the Motions for Release and Status Conference (special setting)


**ORDER TO BE PREPARED BY:** [ ] Asst. U.S. Attorney  [ ] Defendant  [X] Court
cc: KLH, JCS