UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MAO CAI SUN, HONG ZHI WANG, KONG XIANG HU, SHUN BIAO ZHAO, LIANG XIAN ZHENG AND ZHONG BIN LI<br><br>(Material Witnesses)<br>_____/ | Case No. CR-07-90552 MISC VRW ( JCS)<br><br>**ORDER SETTING FURTHER HEARING DATE** |

On May 12, 2008, a continued hearing was held on the Motion for Release, or, in the alternative, to Compel Scheduling of Rule 15 Depositions filed by Mao Cai Sun, and Joinder in the Motion by Kong Xian Hu, Shun Biao Zhao, and Zong Bin Li. Jonathan Schmidt, counsel for the United States was present. Jeff Bornstein, counsel for John Joseph Cota[1] ("Defendant Cota"), was present. Brian Getz, counsel for material witness Hong Zhi Wang, was present. Douglas Schwartz, counsel for material witness Mao Cai Sun, was present. Jonathan Howden, counsel for material witnesses Kong Xian Hu, Shun Biao Zhao, Liang Xian Zheng[2], and Zong Bin Li, was present.

IT IS HEREBY ORDERED THAT:

1. The parties shall submit a stipulation with a schedule for the Rule 15 depositions as to material witnesses Kong Xian Hu, Shun Biao Zhao, and Liang Xian Zheng for the last week of May and the first week of June.

2. The United States shall report on May 19, 2008, regarding its progress in finalizing support for the material witnesses through September.

3. By May 19, 2008, the parties shall negotiate a schedule for completion of the remaining discovery and other matters that need to take place before the depositions of the remaining material witnesses.

---

[1] John Joseph Cota is charged in criminal case CR-08-0180 SI.

[2] Material witness Liang Xian Zheng did not join in the Motion.

1    4.   A status conference and continued hearing on the Motion for Release is specially set for
2 **May 19, 2008, at 1:30 p.m.**  The personal appearances of Defendant Cota, Jonathan Howden, and
3 the material witnesses are excused for that hearing.
4    IT IS SO ORDERED.

6 Dated:  May 13, 2008
7                                                                         _____
                                                                          JOSEPH C. SPERO
8                                                                         United States Magistrate Judge

2