# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES

| | |
|---|---|
| **JUDGE** Joseph C. Spero | **COURT DEPUTY**: <u>Karen Hom</u> |
| **DATE**: May 19, 2008 | **COURT REPORTER**: <u>Lydia Zinn</u> |
| **CASE NO.** CR07-90552 MISC VRW (JCS) | **TIME**: 40 mins |

**NAME:**      In Re: Material Witnesses Wang, Sun, Hu, Zhao, Zhen & Li

| **COUNSEL FOR GOVERNMENT:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Jonathan Schmidt & Stacey Geis | Jeff Bornstein for John Joseph Cota (Not present) (Case CR08-0160 SI) |

**COUNSEL FOR MATERIAL WITNESSES:**
Brian Getz for Hong Zhi Wang (not present)
Douglas Schwartz for Mao Cai Sun (not present)
Douglas Schwartz appearing for Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li (not present)

**PROCEEDINGS**:                                                                                                                    **RULING:**

1. Cont'd hearing on Material Witness Mao Cai Sun's Motion for Release, or in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 37]

2. Cont'd hearing on Joinder Motion by Kong Xian Hu, Shun Biao Zhao, Liang Xian Zheng, & Zong Bin Li of Mao Cai Sun's Motion for Release, or in the alternative, to Compel Scheduling of Rule 15 Deposition
[Docket No. 38]

**NOTES:** Jonathan Howden, Dft Cota and material witnesses' presence were waived for today's proceedings. AUSA to submit stipulation and order on the Rule 15 depositions for material witnesses Hu, Zhao & Zheng.

**ORDERED AFTER THE HEARING:**
The remaining three material witness depositions (Wang, Sun and Li) will begin on August 11, 2008 for up to (ten) 10 deposition days pursuant to F.R. Crim P. Rule 15.

**CASE CONTINUED TO**:   06/09/08 at 9:00 AM for continued hearing on the Motions for Release and Status Conference (special setting)

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant  [X]  Court
cc: KLH, JCS