1
2
3
4

**United States District Court**
For the Northern District of California

5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA

7  IN RE:                                                           Case No. CR07-90552 MISC VRW ( JCS)

8  MAO CAI SUN, HONG ZHI HUANG,
   KONG XIANG HU, SHUN BIAO ZHAO,        **ORDER SETTING DEPOSITION DATE**
9  LIANG XIAN ZHENG AND ZHONG BIN        **FOR MATERIAL WITNESSES AND**
   LI                                    **SETTING FURTHER HEARING DATE**
10

11     (MATERIAL WITNESSES)
12  _____/

13      On May 19, 2008, a further hearing was held on the Motion for Release, or, in the
14  alternative, to Compel Scheduling of Rule 15 Depositions filed by Mao Cai Sun, and Joinder in the
15  Motion by Kong Xian Hu, Shun Biao Zhao, and Zong Bin Li.  Jonathan Schmidt, counsel for the
16  United States was present.  Jeff Bornstein, counsel for John Joseph Cota[1] ("Dft Cota"), was present.
17  Brian Getz, counsel for material witness Hong Zhi Huang, was present.  Douglas Schwartz, counsel
18  for material witness Mao Cai Sun, was present.  Jonathan Howden, counsel for material witnesses
19  Kong Xian Hu, Shun Biao Zhao, Liang Xian Zheng[2] & Zong Bin Li, was not present.   In addition
20  on May 21, 2008, the United States filed a Motion re: Deposition of Material Witnesses.
21      IT IS HEREBY ORDERED THAT:
22      1.  The Court finds that the exceptional circumstances and the interests of justice justify the
23  taking of the depositions of the material witnesses pursuant to Fed. R. Crim P. 15.
24      2.  The depositions of witnesses Kong Xian Hu, Shun Biao Zhou, and Liang Xian Zheng
25  shall be taken starting on May 29, 2008 until they are completed pursuant to Rule 15.
26
27
28

---

[1] John Joseph Cota is charged in criminal case CR08-0180 SI

[2] Material witness Liang Xian Zheng did not join in the Motion.

1      3. The remaining three (3) material witness depositions of Hong Zhi Wang, Mao Cai Sun,
2 and Zong Bin Li, will begin on August 11, 2008 for up to ten (10) deposition days pursuant to Fed.
3 R. Crim. P. Rule 15.
4      4. A status conference and continued hearing on the Motion for Release is specially set for
5 **June 9, 2008, at 9:00 a.m.** The personal appearances of Dft Cota and the material witnesses are
6 excused from this hearing.
7      IT IS SO ORDERED.

Dated:  May 22, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2