**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CRIMINAL MINUTE ORDER

**Date:   May 28, 2008**

**Case No.  CR- 07-90552        Magistrate Judge:  Joseph C. Spero**

**In Re:   Material Witnesses**


| U.S. Attorney | Defense Counsel |
|---|---|
| **Jonathan Schmidt, Stacy Geiss, Richard Udell** | **Jonathan Howden, Jeffrey Bornstein, Barry Hartman Petra Reinecke** |


**Deputy Clerk: Frank Justiliano        Court Reporter: Lydia Zinn**

### PROCEEDINGS

**REASON FOR HEARING: Ex Parte Motion Re: Rule 15 Depositions - Held.**

**RESULT OF HEARING:  Depositions of material witnesses are to commence on 7/21/08.   Case Continued to   6/9/08 at 9:00 a.m. for  Status hearing and update of cost of interpreter. Mr. Bornstein to submit update of cost by 6/4/08.   Remaining depositions scheduled to occur on 8/11/08 are to remain on current schedule.  Order modifying deposition dates and setting further hearing signed after hearing.**