UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CR 07-90552 MISC VRW (JCS) <br> CR 8-0160 SI |
| MAO CAI SUN, HONG SHI HUANG, KONG XIANG HU, SHUN BIAO ZHAO, LIANG XIÁN ZHENG AND ZHONG BIN LIN | [Proposed] ORDER MODIFYING DEPOSITION DATE FOR MATERIAL WITNESSES AND SETTING FURTHER HEARING DATE |
| (MATERIAL WITNESSES) | |

On May 22, 2008, the Court ordered that exceptional circumstances and the interests of justice justify the taking of depositions of the material witnesses pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

Upon good cause being shown,

IT IS HEREBY ORDERED THAT:

1. The Rule 15 depositions of witnesses Kong Xian Hu, Shun Biao Zhou and Liang Zheng shall be taken starting July 21, 2008, until they are completed Pursuant to Rule 15.

2. A status conference and continued hearing on the Motion for Release is specially set for June 9, 2008, at 9:00 a.m. The personal appearance of defendant Cota and the

1

1 | material witnesses are excluded from the hearing.
2 | IT IS SO ORDERED.
3
4
5 | DATED: 5/28/08
6
7 | JOSEPH C. SPERO
  | UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28