# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES

| | |
|---|---|
| **JUDGE** Joseph C. Spero | **COURT DEPUTY**: Karen Hom |
| **DATE**: June 9, 2008 | **COURT REPORTER**: Debra Pas |
| **CASE NO.** CR07-90552 MISC VRW (JCS) | **TIME:** 8 mins |
| **NAME:**     In Re: Material Witnesses Wang, Sun, Hu, Zhao, Zhen & Li | |
| **COUNSEL FOR GOVERNMENT:** Jonathan Schmidt | **COUNSEL FOR DEFENDANT:** Jeff Bornstein for John Joseph Cota (Not present) (Case CR08-0160 SI) |

**COUNSEL FOR MATERIAL WITNESSES:**
**Brian Getz for Hong Zhi Huang (material witness not present)**
**Douglas Schwartz for Mao Cai Sun (material witness not present)**
**Douglas Schwartz appearing for Jonathan Howden for Kong Xiang Hu, Shun Biao Zhao, Liang Xian Zheng & Zong Bin Li (material witnesses not present)**

| **PROCEEDINGS**: | **RULING:** |
|---|---|
| 1. Cont'd hearing on Material Witness Mao Cai Sun's Motion for Release, or in the alternative, to Compel Scheduling of Rule 15 Deposition [Docket No. 37] | Granted in part, denied in part |
| 2. Cont'd hearing on Joinder Motion by Kong Xian Hu, Shun Biao Zhao, Liang Xian Zheng, & Zong Bin Li of Mao Cai Sun's Motion for Release, or in the alternative, to Compel Scheduling of Rule 15 Deposition [Docket No. 38] | Granted in part, denied in part. |

**NOTES:** Appearances of the material witnesses and Dft Cota were waived for today's proceedings.

## ORDERED AFTER THE HEARING:

Motion for Release granted in part and denied in part as per previously entered orders. The Gov't has agreed to pay room and board, and salary through 7/21/8 for the depositions of witnesses Kong Xian Hu, Shun Biao Zhou and Liang Zheng. Gov't will pay room, board and salary through 8/18/8 for the remaining deposition witnesses of Mao Cai Sun, Zong Bin Li and Hong Zhi Huang.

**CASE CONTINUED TO**:

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant [ ]  Court

cc: KLH, JCS