# Exhibit A

August 20, 2008

Re:   Zong Bin Li

To Whom It May Concern:

I am the Owner of Izumiya Restaurant located in San Francisco. For approximately the past two months, Zong Bin Li has been employed at Izumiya as a kitchen helper, working under my direct supervision. Mr. Li works approximately 40 hours per week and also volunteers to work overtime when needed. Mr. Li is a reliable, hard-working individual. He shows up for work on time and follows all directions and policies. In addition, Mr. Li is trustworthy and keeps his word. The entire staff at Izumiya enjoy working with Li and want him to continue working at the restaurant.

I understand that Mr. Li wants to temporarily return to his homeland of China to visit his parents. I also understand that Mr. Li intends to return to the United States approximately one month after his visit to China. I am confident that Mr. Li will return to the United States based on his expressed intention and my personal working relationship with him. I very much want Mr. Li to return to his job at Izumiya because he is an outstanding employee and a pleasure to be around.

Please contact me directly at (415) 441-6867 if I can provide any further information.

Sincerely,

Shogo Yamada

Shogo Yamada
Izumiya Restaurant
1581 Webster Street, Suite 221
San Francisco, California 94115
Telephone: (415) 441-6867