Jonathan R. Howden (Bar No. 97022)
Lynn R. Fiorentino (Bar No. 226691)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
jhowden@thelen.com
Tel. 415.369.7157
Fax 415.369.8683

Attorneys for Material Witness
ZONG BIN LI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In Re Material Witness Warrant, | Case No.: 07 90552 MISC VRW (JCS) |
|---|---|
| | **[PROPOSED] ORDER PERMITTING TRAVEL OF ZONG BIN LI** |

    Upon Emergency Application of Material Witness Zong Bin Li, by and through his counsel of record, and good cause appearing,

    IT IS HEREBY ORDERED THAT:

    Material Witness Zong Bin Li may travel to PRC China and remain there until September 23, 2008.  He shall reside at a location previously disclosed to his counsel and the government. He shall check in by telephone every other day with a person designated by his counsel and verify his location.

Dated:

                                              Magistrate Judge Joseph C. Spero
                                              United States District Court