Jonathan R. Howden (Bar No. 97022)
Lynn R. Fiorentino (Bar No. 226691)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
jhowden@thelen.com
Tel. 415.369.7157
Fax 415.369.8683

Attorneys for Material Witness
ZONG BIN LI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In Re Material Witness Warrant | Case No.: 07 90552 MISC VRW (JCS) |
|---|---|
| | **DECLARATION OF ZONG BIN LI IN SUPPORT OF EMERGENCY APPLICATION FOR TRAVEL ORDER** |

I, Zong Bin Li, declare as follows:

1. I am over the age of 18 and have personal knowledge of the following facts and, if called to testify, could and would competently testify thereto.

2. I was the Able Bodied Seaman (AB1) of the M/V Cosco Busan which collided with the San Francisco Oakland Bay Bridge on November 7, 2007. Since that time, I have been detained in the District as a material witness as part of the government's criminal investigation in this matter. At all times, I have fully cooperated with the government's investigation.

3.     At this time, I am requesting the Court's permission to return to my homeland of China, departing no later than September 2, 2008 for a period of three weeks, due to exigent family circumstances. I am informed by my mother that my 88 year-old grandmother who resides in HeNan province, PRC China is suffering from heart-related problems and her health is deteriorating rapidly. I am deeply concerned that if I am not able to return home to China for a brief period of time in the immediate future, I may not see my grandmother again.

4.     Since the date of the accident, I have established significant ties with the community as set forth below.

5.     For approximately the past two months, I have been employed as a kitchen helper at a reputable Japanese restaurant in San Francisco where I work approximately 40 hours per week. I also volunteer to work overtime when needed. I very much enjoy my job and plan to continue working at the restaurant indefinitely.

6.     I have a work permit and Social Security card.

7.     I pay state and federal taxes from the earnings I make as set forth in paragraph five above.

8.     If I am granted permission to temporarily return to China to visit my ailing grandmother, I will stay with my family who resides in HeNan Province, PRC China. I have provided to my attorney, Jonathan Howden, the address of my family's residence as well as the following phone numbers so that I may be contacted at any time while in China: my family's home telephone number, my cellular telephone number, my brother's cellular telephone number, and my girlfriend's cellular telephone number.

9.     I am prepared to post the equivalent of two months' of my current salary from my position with the M/V Cosco Busan to the court to hold as bond for my promise to return to San Francisco to continue cooperating with the government's investigation of this matter. I promise to return to San Francisco by September 23, 2008.

1    10.    My employer supports my brief visit home to China and has promised to allow me

2    to resume working as a kitchen helper upon my return to San Francisco.  I fully intend to return to

3    resume my job duties in San Francisco described in paragraph five following a brief visit to my

4    homeland of China as requested herein.

5        I declare under penalty of perjury of the laws of the State of California that the foregoing is

6    true and correct to the best of my information and belief.  Executed this 21 day of August 2008,

7    at San Francisco, California.

8

9

10    _____

11    Zong Bin Li

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ZONG BING LI IN SUPPORT OF EMERGENCY APPLICATION FOR TRAVEL ORDER