LAW OFFICES
## KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CALIFORNIA
94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†

MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE°
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG SANGMEISTER
MARC R. GREENBERG

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK

RICHARD L. LANDES
DAVID W. TAYLOR±
NANCY HARRISS†
FRANCES L. KEELER

JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN†
EVELYN A. CHRISTENSEN

ASHLEY YOUNG ADAMS
GARRETT R. WYNNE
JOHN COX
DAVID A. TONG
CHARLES M. BILLY
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM†
SAMANTHA R. SMITH*
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI
JAY S. CARLSON

\* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
° REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
    OF HONG KONG & ADMITTED IN NEW YORK
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
    IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

August 25, 2008

Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

*Via Hand Delivery*

  Re: 07 90552 MISC VRW (JCS)
    Emergency Application For Travel Order For Zong Bin Li
    Our File No. 2418-229F

Dear Judge Spero:

  At your request I am writing to set forth Fleet Management Limited's response to the above-referenced Emergency Application. Fleet sympathizes with Mr. Li for this unfortunate news and understands that his family must take priority over everything else at this time.

  Fleet wishes to have either Mr. Li's deposition or live testimony at some point in the future. However, as you know for the reasons we discussed in Court, Fleet is not prepared to take Mr. Li's testimony at this time. Based upon the volumes of documents received even early this week, we are not yet in a position to advise when we can be reasonably ready to take said testimony. Fleet is also concerned that if Mr. Li is forced to remain in the United States while his family needs him, there will be a negative effect on his level of cooperation as a witness. Thus, keeping Mr. Li in the United States under these circumstances could certainly prejudice Fleet.

  Mr. Li remains in the United States against his will because the government has detained him as a material witness. Assuming that the United States and the Court can formulate safeguards to ensure that Mr. Li will return to the United States or be available for deposition in Hong Kong, or some other location, in the

LONG BEACH OFFICE
400 OCEANGATE
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189

Honorable Joseph C. Spero
August 25, 2008
Page 2

      Re:   07 90552 MISC VRW (JCS)
              Emergency Application For Travel Order For Zong Bin Li
              Our File No. 2418-229F

future, Fleet does not object to the Court granting the Emergency Application. Presumably, the United States will cover Mr. Li's transportation costs to the People's Republic of China and back to the United States.

                                        Very truly yours,

                                        John Cox

JCC/kk(KYL_SF465688)

cc:    AUSA Stacey Geis Stacey.Geis@usdoj.gov
       Jeffrey L Bornstein jeff.bornstein@klgates.com
       Jonathan Howden jhowden@thelen.com