United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATERIAL WITNESSES: | No. C 07-90552 MISC VRW (JCS) |
| MAO CAI SUN, KONG XIAN HU, SHUN BIAO ZHAO, HONG ZHI WANG, LIANG XIAN ZHENG, AND ZONG BIN LI | CLERK'S NOTICE |
| _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Material Witness Zong Bin Li's Emergency Application for Travel Order has been set for hearing on **Thursday, August 28 2008, at 10:00 AM** before Magistrate Judge Spero, Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: August 27, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy