# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES

| | |
|---|---|
| **JUDGE** Joseph C. Spero | **COURT DEPUTY**: <u>Karen Hom</u> |
| **DATE**: August 28, 2008 | **COURT REPORTER**: Kathy Sullivan |
| **CASE NO.** CR07-90552 MISC VRW (JCS) | **TIME**: 30 mins |
| **NAME**:   In Re: Material Witness Zong Bin Li | |

**COUNSEL FOR GOVERNMENT:**
Stacey Geiss
Jonathan Schmidt

**COUNSEL FOR DEFENDANT:**
Rachel Chatman for Dft Cota (NP) (CR08-160SI)
Annie Moriarty for Dft Fleet (NP) (CR08-160 SI)

**COUNSEL FOR MATERIAL WITNESSES:**
Scott Lovernick for Douglas Schwartz for Mao Cai Sun (material witness not present)
Jonathan Howden for Zong Bin Li (material witnesses present)

**PROCEEDINGS**:
1. Material Witness Zong Bin Li's Emergency Application for Travel [Docket No. 60]

**RULING:**
Granted

**ORDERED AFTER THE HEARING:**
Parties have agreed on the following conditions: 1. Mr. Li shall provide contact information (phone numbers, cell phone numbers, including cell numbers of relatives and girlfriend, and home address)  2. Mr. Li will email on a daily basis to Mr. Howden, who will in turn forward the email to the AUSA. 3.  Mr. Li will post 2 mos salary as security (1800.00) 4. Mr. Li will surrender his seaman's card. 5.  Passport will be released so that Mr. Li can travel. Passport is in Mr. Howden's possesion. 6. Mr. Li shall return on 9/23/8.

**CASE CONTINUED TO**: 8/29/8 at 1:30 PM for Bond Hearing. (Matter may be advanced depending on availability of a Mandarin Interp.)

**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant [ ]  Court

cc: KLH, JCS