# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL MINUTE ORDER

**JUDGE Joseph C. Spero**                    **COURT DEPUTY**: <u>Karen Hom</u>

**DATE**: **August 29, 2008**                **COURT REPORTER**: FTR: 9:38 to 9:57

**CASE NO. CR07-90552 MISC VRW (JCS)**       **TIME: 25 mins**

**NAME: In Re: Material Witness Zong Bin Li (present)(Marilyn Luong-Mandarin)**

**COUNSEL FOR GOVERNMENT:**              **COUNSEL FOR DEFENDANT:**
**Jonathan Schmidt**                     **Rachel Chatman for Dft Cota (NP) (CR08-160SI)**
                                         **Annie Moriarty for Dft Fleet (NP) (CR08-160 SI)**

**COUNSEL FOR MATERIAL WITNESSES:**
**Jonathan Howden for Zong Bin Li (material witnesses present)**

*FILED*

AUG 2 9 2008

**PROCEEDINGS**:                         **RULING:**
1. Material Witness Zong Bin Li's Emergency Application for    Granted
Travel [Docket No. 60]                   RICHARD W. WIEKING
                                         CLERK U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

2. Bond Hearing                          Held.

**ORDERED AFTER THE HEARING:** Material Witness released on a $100,000 P/R bond with security of
$1800 cash to be posted. Cash to be posted by 8/29/8.


**CASE CONTINUED TO**:


**ORDER TO BE PREPARED BY:** [ ]  Asst. U.S. Attorney  [ ]  Defendant [ ]  Court

cc: KLH, JCS