BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorneys for Witness
HONG ZHI WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Material Witnesses<br><br>(M/V COSCO BUSAN) | Case No. 07-90552-MISC-VRW (JCS)<br><br>**JOINDER IN MOTION FOR RELEASE**<br><br>DATE: September 18, 2008<br>TIME: 2:00 p.m.<br>CTRM: A, 15th Floor |

 Witness Hong Zhi Wang joins the Motion for Release of Witness Mao Cai Sun and adopts those arguments as though set out fully and at length. This Joinder augments the Renewal of Motion to Return to China filed in case number CR-08-0160-SI and currently under submission before this Court.

DATED: September 4, 2008

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

/s/
BRIAN H GETZ
Attorney for Witness
HONG ZHI WANG

Case No. 07-90552-MISC-VRW (JCS)