JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division
STACEY P. GEIS (CASBN 181444)
JONATHAN SCHMIDT (CABSN 230646)
Assistant United States Attorneys
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-6776 (tel)
(415) 436-7234 (fax)
Jonathan.Schmidt@usdoj.gov

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Richard A. Udell
Senior Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20004
(202) 305-0361 (tel)
(202) 514-8865 (fax)
Richard.Udell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-0160 SI<br>Case No: 07 90552 MISC VRW (JCS) |
| Plaintiff, | STIPULATION AND [Proposed] ORDER<br>RE: RULE 15 DEPOSITIONS |
| v. | |
| JOHN JOSEPH COTA, and<br>FLEET MANEGMENT LIMITED, | |
| Defendants | |

1  The parties hereby stipulate to the following schedule regarding the Rule 15
2  depositions:
3    1. As soon as practicable but no later than October 20, 2008, the parties meet and
4  confer on a final transcript of any portion of the VDR to be used during the depositions.
5    2. By October 17, 2008, the Government will provide to the defense a copy of an
6  exhibit list and the exhibits it plans to use at the depositions.
7    3. By October 23, 2008, the defense will provide to the government a copy of an
8  exhibit list and the exhibits it plans to use at the depositions.
9    4. The proposed order of witnesses is the following: Bosun, Helmsman, Third
10 Officer, Chief Officer, Second Officer and Master.  The deposition of the Bosun and
11 Helmsman will start on October 27, 2008 and will run consecutively with a day break
12 between witnesses.  The deposition of the Third Officer, Chief Officer, and Second
13 Officer will begin on November 17, 2008, and run consecutively with a day break
14 between witnesses.  The deposition of the Master will begin on December 2, 2008, or
15 after the depositions of the other witnesses is complete, whichever is later.  There will be
16 no depositions on November 26, 27 and 28, 2008.  The government reserves the right to
17 change the order of the Third Officer, Chief Officer and Second Officer, with at least 48
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

1 | hours notice to the parties.

2 | Respectfully submitted

4 | JOSEPH P. RUSSONIELLO
United States Attorney
5 | BRIAN J. STRETCH
Chief, Criminal Division

7 | By_____/s/_____
MARC C. GREENBEG
8 | Attorney for Fleet Management Limited

9 | By:_____/s /_____        By_____/s/_____
JONATHAN SCHMIDT              JEFFERY L. BORNSTEIN
10 | Assistant United States Attorney    Attorney for John Joseph Cota

11 | IT IS SO ORDERED.

13 | Dated: October 8, 2008    _____
14 | JOSEPH C. SPERO
United States Magistrate Judg

3