1   DOUGLAS R. SCHWARTZ (State Bar No. 98666)
    PETRA M. REINECKE (State Bar No. 154482)
2   SCHWARTZ & CERA LLP
    44 Montgomery Street, Suite 3850
3   San Francisco, California 94104
    Telephone: (415) 956-2600
4   Facsimile:  (415) 438-2655

5   Attorneys for Witness
    MAO CAI SUN
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  In Re Material Witnesses          )  Case No. 07-90552-MISC-VRW (JCS)
                                      )
13  (M/V COSCO BUSAN)                 )  STIPULATION AND [PROPOSED]
                                      )  ORDER RELEASING MATERIAL
14                                    )  WITNESS MAO CAI SUN FROM
                                      )  MATERIAL WITNESS WARRANT AND
15                                    )  CONDITIONS IMPOSED UNDER 18
                                      )  U.S.C SECTIONS 3144 AND 3142
16                                    )
                                      )
17                                    )
                                      )
18

19       This stipulation is made by and between the United States of America, Fleet Management

20  Limited, John Joseph Cota and Material Witness Mao Cai Sun, by and through their respective

21  attorneys of record.

22                              RECITALS

23       The stipulation is based on the following facts:

24       1.    Mai Cai Sun (hereinafter "Material Witness") was arrested as a Material Witness

25  pursuant to 18 U.S.C. Section 3144 on or about December 20, 2007 in connection with the

26  government's investigation of the M/V Cosco Busan's allision with the Bay Bridge.

27       2.    On January 3, 2008, this Court imposed conditions of release and appearance on

28  ─────────────────────────────────────────────────────────
       STIPULATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESS MAO CAI SUN FROM
    MATERIAL WITNESS WARRANT AND CONDITIONS IMPOSED UNDER 18 U.S.C. SECTIONS 3144 AND 3142
                         Case No. 07-90552-MISC-VRW (JCS)

1    the Material Witnesses pursuant to 18 U.S.C. Section 3142. Since that time, the Material Witness
2    has been required to remain in the Northern District of California pending trial or deposition.

3        3.    This Court previously ruled, on November 7, 2008, that it would rescind the
4    Material Witness warrant as to Material Witness Mao Cai Sun upon completion of his Rule 15
5    deposition. As a precondition for this rescission, the Court required the Material Witness to do
6    the following: (1) Sign his deposition transcript in the case of *United States of America v. John*
7    *Cota, et al.*, Case No. CR 08-0160 SI; (2) Accept service of a trial subpoena for the April 6, 2009
8    trial; (3) Authorize his counsel to accept service in the future; and (4) Provide a point of contact
9    and an alternative point of contact in China.

10       4.    Mr. Sun's Rule 15 deposition was completed on Thursday, January 29, 2009. On
11   February 19, 2009, Mr. Sun signed the deposition transcript under oath and was personally
12   served with a trial subpoena. He also authorized his counsel, Douglas R. Schwartz, to accept
13   service of process in the future for any subsequent trial subpoena in this case. Mr. Sun has
14   provided point of contact information to his counsel, who in turn has provided them to the United
15   States. He has satisfied all requirements imposed upon him.

16       5.    The parties hereby stipulate that Material Witness Mao Cai Sun has fulfilled each
17   of the conditions imposed by the Court as set forth above and should be released forthwith.

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

- 2 -

1    DATED: February 20, 2009

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    IT IS SO ORDERED.

26    Dated: _____

27

28

Respectfully submitted,

SCHWARTZ & CERA LLP


By: _____
    Douglas R. Schwartz
    Counsel for Material Witness
    Mao Cai Sun


JOSEPH P. RUSSONIELLO
United States Attorney
BRIAN J. STRETCH
Chief, Criminal Division


By: _____
    Jonathan Schmidt
    Assistant United States Attorney
    Counsel for Plaintiff
    United States of America


KESSAL, YOUNG & LOGAN


By: _____
    Marc C. Greenberg
    John Cox
    Counsel for Defendant
    Fleet Management


K&L GATES LLP


By: _____
    Jeffrey L. Bornstein
    Counsel for Defendant
    John Cota


_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESS MAO CAI SUN FROM
MATERIAL WITNESS WARRANT AND CONDITIONS IMPOSED UNDER 18 U.S.C. SECTIONS 3144 AND 3142
Case No. 07-90552-MISC-VRW (JCS)

1   DATED: February ___, 2009           Respectfully submitted,

2                                       SCHWARTZ & CERA LLP

3

4                                       By: _____
                                            Douglas R. Schwartz
5                                           Counsel for Material Witness
                                            Mao Cai Sun
6

7                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
8                                       BRIAN J. STRETCH
                                        Chief, Criminal Division
9

10

11                                      By: _____
                                            Jonathan Schmidt
12                                          Assistant United States Attorney
                                            Counsel for Plaintiff
13                                          United States of America

14                                      KESSAL, YOUNG & LOGAN

15

16                                      By: _____
                                            Marc C. Greenberg
17                                          John Cox
                                            Counsel for Defendant
18                                          Fleet Management

19

20                                      K&L GATES LLP

21

22                                      By: _____
                                            Jeffrey L. Bornstein
23                                          Counsel for Defendant
                                            John Cota

24

25   IT IS SO ORDERED.

26   Dated: _____   _____
27                                       HONORABLE JOSEPH C. SPERO
                                         United States Magistrate Judge
28
                                   - 3 -
STIPULATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESS MAO CAI SUN FROM
MATERIAL WITNESS WARRANT AND CONDITIONS IMPOSED UNDER 18 U.S.C. SECTIONS 3144 AND 3142
Case No. 07-90552-MISC-VRW (JCS)

1  DATED: February 20, 2009

Respectfully submitted,

2

SCHWARTZ & CERA LLP

3

4  By: _____

Douglas R. Schwartz

5  Counsel for Material Witness

Mao Cai Sun

6

7  JOSEPH P. RUSSONIELLO

United States Attorney

8  BRIAN J. STRETCH

Chief, Criminal Division

9

10

11  By: _____

Jonathan Schmidt

12  Assistant United States Attorney

Counsel for Plaintiff

13  United States of America

14

KESSAL, YOUNG & LOGAN

15

16  By: _____

Marc C. Greenberg

17  John Cox

Counsel for Defendant

18  Fleet Management

19

20  K&L GATES LLP

21

22  By: _____

Jeffrey L. Bornstein

23  Counsel for Defendant

John Cota

24

25  IT IS SO ORDERED.

26  Dated:   February 26, 2009

27  HON. JOSEPH C. SPERO

United States Magistrate Judge

28

- 3 -

STIPULATION AND [PROPOSED] ORDER RELEASING MATERIAL WITNESS MAO CAI SUN FROM
MATERIAL WITNESS WARRANT AND CONDITIONS IMPOSED UNDER 18 U.S.C. SECTIONS 3144 AND 3142
Case No. 07-90552-MISC-VRW (JCS)